UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASWINDER SINGH,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

No. 1:26-cv-00154-DAD-SCR

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENTS' OPPOSITION, AND DENYING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION AS MOOT

(Doc. Nos. 1, 7, 11)

On January 9, 2026, petitioner filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) On January 14, 2026, the court granted petitioner's motion for temporary restraining order. (Doc. No. 8.) On January 22, 2026, petitioner filed a motion for preliminary injunction, and on January 27, 2026, respondents filed an opposition thereto resting on their prior briefing which was docketed as a motion. (Doc. Nos. 7, 11, 12.) On February 27, 2026, the parties submitted a joint status report requesting that the court to rule on the merits of petitioner's petition for writ of habeas corpus without further briefing or a hearing. (Doc. No. 13.)

/////

/////

The court will grant petitioner's petition for writ of habeas corpus (Doc. No. 1). Specifically, the court incorporates and adopts the reasoning and relief granted in the court's order on petitioner's motion for temporary restraining order (Doc. No. 8).

For the reasons explained above,

1. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as detailed in the court's prior order (Doc. No. 8);
2. Respondents' opposition (Doc. No. 7), docketed as a motion, is DENIED;
3. Petitioner's motion for preliminary injunction (Doc. No. 11) is DENIED as having been rendered moot by this order granting *habeas* relief; and
4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE